cc: Order, docket and transmittal letter sent to LASC, BC 497304

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

EVELYN BENITO, et al,,

Plaintiffs,

v.

BECHTEL CORPORATION, et al,

Defendants.

(Removed from Los Angeles County Superior Court - Case No. BC497304)

CASE NO: CV13-01161 WGY (AGRx)

Judge William G. Young

[PROPOSED] ORDER REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES

Based on the stipulation of the interested parties, and pursuant to 28 U.S.C. § 1367(c)(3), the Court HEREBY ORDERS that the above-captioned action is remanded to the Superior Court of the State of California for the County of Los Angeles.

Dated: _July 31_____, 2014        By _William G. Young_____
                                       Judicial Officer

-1-

[PROPOSED] ORDER